FILED'08 OCT 24 10:31 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENNY D. MUNROE,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security

      Defendant.

Civ. No. 07-6289-CL

**ORDER**

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke has filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff has filed objections. I have reviewed the Magistrate Judge's Findings and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude that the Findings and Recommendation are correct.

1  -  ORDER

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#20) are adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 24 day of October, 2008.

OWEN M. PANNER
U.S. DISTRICT JUDGE