FILED'08 OCT 24 10:32USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENNY D. MUNROE,

        Plaintiff,

Civ. No. 07-6289-CL

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security

        Defendant.

**JUDGMENT**

Based on the record, judgment is for defendant.

DATED this 24 day of October, 2008.

/s/ Owen M. Panner

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT